UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS M. AURICCHIO,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID GIOCONDO, Individually and in His Official Capacities as Private Security Guard and Campus Peace Officer for the Department of Public Safety of Syracuse University,<br><br>  Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.<br>5:12-CV-751 (NAM/ATB) |

The undersigned counsel for each of the parties to this action hereby stipulate as follows:

1. The action shall be dismissed on the merits, with prejudice.

2. Each party shall bear his own attorneys' fees and costs, and shall not make any application to the Court for an award of attorneys' fees or costs against the other.

3. This Stipulation shall become effective upon approval by the District Court.

Dated: February 18, 2014

BOND, SCHOENECK & KING, PLLC

/S/ Michael J. Auricchio
Michael J. Auricchio, Esq. (510029)
*Attorney for Plaintiff*
*Nicholas M. Auricchio*
Office and P.O. Address
144 Miles Avenue
Syracuse, New York 13210
Telephone: (315) 278-9968

By:   s/ Thomas R. Smith
Thomas R. Smith (102630)
Stephanie M. Campbell (516182)
*Attorneys for Defendant*
*David Giocondo*
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000

The motion for Summary Judgment (Dkt. No. 30) is deemed moot.

SO ORDERED:

/s/ Norman A. Mordue
Honorable Norman A. Mordue
United States District Judge

Dated: February 20, 2014

2274172.1